TOLEDO BAR ASSOCIATION *v.* BISHOP.

[Cite as *Toledo Bar Assn. v. Bishop*, ___ Ohio St.3d ___, 2021-Ohio-365.]

(No. 2019-0804—Submitted February 9—Decided February 10, 2021.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an amended application for reinstatement by respondent, Jerry James Bishop II, Attorney Registration No. 0016287, last known business address in Toledo, Ohio.

{¶ 2} The court coming now to consider its order of December 24, 2019, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years with the second year stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Toledo Bar Assn. v. Bishop*, 158 Ohio St.3d 366, 2019-Ohio-5288, 143 N.E.3d 485.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

———————————